IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HARRY WOLDSMIT** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **VINCENT F. MOONEY, DISTRICT ATTORNEY OF COUNTY OF PHILADELPHIA and ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA** | : : : : : : | **NO. 15-5607** |

## ORDER

**NOW**, this 18th day of May, 2016, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Response to the Petition for Writ of Habeas Corpus, the petitioner's "Traverse Response", the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter (Document No. 13), the petitioner's Objections to the Report and Recommendation (Document No. 17), and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Rueter is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus is **DENIED**; and,

4. There is no probable cause to issue a certificate of appealability.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.